AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Bryon Ruiz, | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | Civil Action No. 1:26-cv-22679 |
| v. | ) | |
| | ) | |
| America's Custom Brokers, Inc. | ) | |
| Jorge J. Sam and | ) | |
| Annette Sam | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  America's Custom Brokers, Inc.
Through it's registered agent: Jorge Sam

2150 NW 70 AVE
Miami, FL 33122

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Simpson & Mena, P.A.
2250 Southwest Third Avenue
Suite 501
Miami, Florida 33129
Tel: 305-912-7665

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Apr 20, 2026

_s/ S.Carlson_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Bryon Ruiz, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | Civil Action No. 1:26-cv-22679 |
| v. | ) | |
| | ) | |
| America's Custom Brokers, Inc. | ) | |
| Jorge J. Sam and | ) | |
| Annette Sam | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Jorge Sam

2150 NW 70 AVE
Miami, FL 33122

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Simpson & Mena, P.A.
2250 Southwest Third Avenue
Suite 501
Miami, Florida 33129
Tel: 305-912-7665

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date:   Apr 20, 2026

*s/ S.Carlson*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| Bryon Ruiz, | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| | ) | Civil Action No. 1:26-cv-22679 |
| v. | ) | |
| America's Custom Brokers, Inc. | ) | |
| Jorge J. Sam and | ) | |
| Annette Sam | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Annette Sam

2150 NW 70 AVE
Miami, FL 33122

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Simpson & Mena, P.A.
2250 Southwest Third Avenue
Suite 501
Miami, Florida 33129
Tel: 305-912-7665

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Apr 20, 2026

*s/ S.Carlson*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court